927 F.2d 603
 Duvoisin (Thomas E.), Liquidating Trustee of Plan and
Creditors' Liquidation Trust Southern Industrial
Bank Corporation
v.
Kennerly, Montgomery, Howard & Finley, Kennerly (W.W.),
Howard (Lewis S.), Finley (Robert A.), Ridge (C.A., Jr.),
Galyon (L. Anderson, III), Lowe (Darryl G.), Cravens (Thomas
C., III), Taylor (Alexander M.), Thomas (Wendell, Jr.),
Montgomery (Mary), Estate of Montgomery (George D.), Tallent
(Jack M., II), U.S.
 NOS. 90-6581, 91-5110
 United States Court of Appeals,
Sixth Circuit.
 FEB 25, 1991
 
 1
 Appeal From: E.D.Tenn.
 
 
 2
 APPEAL DISMISSED.